UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-454-2 |
| | § | |
| NILDA ARACELY RIVERA, | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your <u>Motion for Discovery (D.E. #26)</u>, however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A.

3. ___ Caption of the pleading is incomplete. (LR 10.1)

4. ___ No certificate of service or explanation why service is not required. (CrLR12.4)

5. _X_ Inadequate statement regarding conference with opposing counsel. (CrLR12.2)

6. ___ Separate proposed order not attached. (CrLR12.2)

7. ___ Motion to consolidate is not in compliance with LR 7.6.

8. ___ Other: _____

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

SIGNED this 10th day of October, 2007.

Janis Graham Jack
United States District Judge